STATE OF NEW JERSEY v. MARCUS ORLANDO ROGERS.

July 8, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIE DOUGLAS.

July 8, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. JACK LABRUTTO.

July 8, 1988.

Cross-petition for certification granted.

STATE OF NEW JERSEY v. NORWOOD BEST.

July 8, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. JERRY GALLICCHIO.

July 8, 1988.

Petition for certification denied.